Kevin S. Mapes
OSB #02007
kmapes@balljanik.com
Ball Janik LLP
101 SW Main Street, Suite 1100
Portland, Oregon 97204
503-228-2525 (phone)
503-295-1058 (fax)

FILED'06 JUN 21 09:28USDC-ORP

Attorneys for Defendants Whirlpool Corporation,
Emerson Electric Co., and Emerson Appliance
Controls

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LEO AND GLORIA EBLEN, married individuals, and BRIAN EBLEN, an incapacitated adult, by and through his guardians, Leo and Gloria Eblen,<br><br>Plaintiffs,<br><br>v.<br><br>SEARS, ROEBUCK AND CO., a foreign business corporation, WHIRLPOOL CORPORATION, a foreign business corporation, EMERSON ELECTRIC CO., a foreign business corporation, and EMERSON APPLIANCE CONTROLS, a foreign business,<br><br>Defendants. | **CV '06 ＊ 868 HA**<br>CV _____<br><br>(Formerly Clackamas County No. CV 06050254)<br><br>**NOTICE OF REMOVAL**<br><br>**and**<br><br>**DEMAND FOR JURY TRIAL** |

Defendants Sears, Roebuck and Co., Whirlpool Corporation, Emerson Electric Co., and

Emerson Appliance Controls (collectively, "Defendants") respectfully submit this Notice of

Removal of the instant case from the Circuit Court of the State of Oregon for the County of

Clackamas and in support thereof state as follows:

NOTICE OF REMOVAL                                                                Page 1

*100 81*

1.      Plaintiffs commenced this action in the Circuit Court of the State of Oregon for the County of Clackamas, Case No. CV 06060254.  All process and pleadings served on the defendants in the state court action are attached to this Notice of Removal as Exhibit 1.

2.      This Court has original jurisdiction over this matter under 28 U.S.C. § 1332 and § 1441 in that the parties have diversity of citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

3.      There is complete diversity as to all parties.  Plaintiffs allege that they are individuals residing at 34433 SE Brooks Road, Boring, Oregon.  Complaint ¶ 2.  Sears is a New York corporation with its principal place of business in Illinois.  Whirlpool is a Delaware corporation with its principal place of business in Michigan.  Emerson Electric Co. is a Missouri corporation with its principal place of business in Missouri.  Emerson Appliance Controls is a division of Emerson Electric Co. and has its principal place of business in Missouri.

4.      The amount in controversy exceeds $75,000.  Specifically, Plaintiffs seek damages of $211,291.44.  Complaint ¶¶ 28, 29.

5.      Because the amount at issue exceeds $75,000 and there is complete diversity of citizenship, this matter is within the original jurisdiction of the district court and is therefore removable.  *See* 28 U.S.C. §§ 1332(a), 1441(a); *Matheson v. Progressive Specialty Ins. Co.*, 319 F.3d 1089, 1090 (9th Cir. 2003).

6.      The Complaint was served on Sears on May 24, 2006; on Whirlpool on June 5, 2006; and on Emerson Electric Co. on May 24, 2006.  The Notice of Removal is being filed within 30 days after service on Defendants of Plaintiff's Complaint and is therefore timely filed. *See* 28 U.S.C. § 1446(b).

7.      All named defendants join in the removal of this action.

8.    Pursuant to Federal Rule of Civil Procedure 38 and L.R. 38.1, Defendants hereby demand a jury trial.

DATED this 22 day of June, 2006.

BALL JANIK LLP

By _____
Kevin S. Mapes
OSB # 02007
(503) 228-2525

**Attorneys for Defendants Whirlpool
Corporation, Emerson Electric Co.,
and Emerson Appliance Controls**

SCHWABE, WILLIAMSON & WYATT PC

By _____
Heidi L. Mandt
OSB # 95345
(503) 796-2835

**Attorneys for Defendant Sears, Roebuck and Co.**

# AFFIDAVIT OF SERVICE

**State of Oregon**                **County of Clackamas**                Circuit Court

Case Number: CV06-05-0254

**Plaintiff:**
**Leo and Gloria Eblen and Brian Eblen, an incapacitated adult, by and through his guardians, Leo and Gloria Eblen,**

vs.

**Defendant:**
**Sears, Roebuck and Co., et al.,**

Received by RUSH PROCESS SERVICE, INC. to be served on **SEARS ROEBUCK AND CO. % CT Corporation System, 388 State St., Suite 420, Salem, Oregon 97301**.

I, Chris Pfeiffer, being duly sworn, depose and say that on the **24th day of May, 2006** at **1:20 pm, I:**

Served the within named corporation by delivering a true copy of the **Summons; Complaint** by personal service upon **Denise Whipper, Administrative Assistant** who is authorized to accept service on behalf of the registered agent.

CERTIFICATION OF MAILING:  On **May 30, 2006** a true copy of the above listed documents and this Return of Service was mailed by regular U.S. Postal Service mail, first class, postage prepaid, to the address at which service was made.

I am a competent person over 18 years of age and a resident of the State of Oregon; I am not a party to nor an officer, director or employee of, nor attorney for any party.  The entity/person served by me is the same entity/person named in the action.

Subscribed and Sworn to before me on the 30th day of May, 2006.

_____
NOTARY PUBLIC

OFFICIAL SEAL
AMANDA WRIGHT
NOTARY PUBLIC-OREGON
COMMISSION NO. 379792
MY COMMISSION EXPIRES APR. 18, 2008

**Chris Pfeiffer**
Process Server

**RUSH PROCESS SERVICE, INC.**
**2014 N.E. Sandy Blvd., Suite 204**
**Portland, OR  97232**
**(503) 232-3667**

Our Job Serial Number: 2006009290
Ref: Eblen/Sears

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

EX. 1 PP. 1 OF 23

1

2

3

4

5

6

7

8

9                    IN THE CIRCUIT COURT OF THE STATE OF OREGON

10                        FOR THE COUNTY OF CLACKAMAS

11   LEO AND GLORIA EBLEN, married individuals, )
     and BRIAN EBLEN, an incapacitated adult, by and )
12   through his guardians, Leo and Gloria Eblen, )
                                                  )
13                        Plaintiffs,             )        Case No.  CV 06050254
                                                  )
14                  vs.                           )        SUMMONS
                                                  )
15   SEARS, ROEBUCK AND CO., a foreign business )
     corporation, WHIRLPOOL CORPORATION, a       )
16   foreign business corporation, EMERSON       )
     ELECTRIC CO., a foreign business corporation, )
17   and EMERSON APPLIANCE CONTROLS, a           )
     foreign business,                           )
18                                               )
                          Defendants.            )
19   _____)

20   TO:    Sears, Roebuck and Co.
            c/o C T Corporation System
21          388 State St., Suite 420
            Salem, OR 97301
22
            IN THE NAME OF THE STATE OF OREGON: You are hereby required to appear and
23   defend the Complaint filed against you in the above-entitled cause within 30 days from the date of
     service of this Summons on you; and if you fail to appear and defend, the Plaintiff will apply to the
24   court for the relief demanded in the Complaint.

25                        NOTICE TO RESPONDENT:
                          READ THESE PAPERS CAREFULLY
26

Page 1 - COMPLAINT

C:\Documents and Settings\Timothy Murphy\Desktop\Client Files\Eblen, Gloria\Summons - Sears.wpd

TIMOTHY L. MURPHY
Attorney at Law
714 SW 20th Pl.
Portland, OR 97205
(503) 422-3307 phone  (503) 274-7975 fax

EX. 1  PP. 2 OF 23

1    You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the Plaintiff's attorney or, if the Plaintiff does not have an attorney, proof of service on the Plaintiff.

5    If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763 or toll-free in Oregon at (800) 452-7636.

Timothy L. Murphy, OSB #00334
714 SW 20th Place
Portland, OR 97205
(503) 422-3307 phone
(503) 274-7975 fax

STATE OF OREGON      )
                     ) ss.
COUNTY OF Multnomah  )

I, the undersigned attorney of record for the plaintiff certify that the foregoing is an exact and complete copy of the original summons in the above entitled action.

Timothy L. Murphy, OSB #00334

TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed, and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

Timothy L. Murphy, OSB #00334

Page 2 - COMPLAINT

C:\Documents and Settings\Timothy Murphy\Desktop\Client Files\Eblen, Gloria\Summons - Sears.wpd

EX. 1 PP. 3 OF 23

# AFFIDAVIT OF SERVICE

**State of Oregon**                    **County of Clackamas**                    **Circuit Court**

Case Number: CV06-05-0254

Plaintiff:
**Leo and Gloria Eblen and Brian Eblen, an incapacitated adult, by and through his guardians, Leo and Gloria Eblen,**
vs.
Defendant:
**Sears, Roebuck and Co., et al.,**

Received by RUSH PROCESS SERVICE, INC. to be served on **EMERSON ELECTRIC CO. % CT Corporation System, 388 State St., Suite 420, Salem, Oregon 97301.**

I, Chris Pfeiffer, being duly sworn, depose and say that on the **24th day of May, 2006** at **1:20 pm, I:**

Served the within named corporation by delivering a true copy of the **Summons; Complaint** by personal service upon **Denise Whipper, Administrative Assistant** who is authorized to accept service on behalf of the registered agent.

CERTIFICATION OF MAILING: On **May 30, 2006** a true copy of the above listed documents and this Return of Service was mailed by regular U.S. Postal Service mail, first class, postage prepaid, to the address at which service was made.

I am a competent person over 18 years of age and a resident of the State of Oregon; I am not a party to nor an officer, director or employee of, nor attorney for any party. The entity/person served by me is the same entity/person named in the action.

Subscribed and Sworn to before me on the 30th day of May, 2006.

_____
NOTARY PUBLIC

> OFFICIAL SEAL
> **AMANDA WRIGHT**
> NOTARY PUBLIC-OREGON
> COMMISSION NO. 379792
> MY COMMISSION EXPIRES APR. 18, 2008

_____
**Chris Pfeiffer**
Process Server

**RUSH PROCESS SERVICE, INC.**
**2014 N.E. Sandy Blvd., Suite 204**
**Portland, OR 97232**
**(503) 232-3667**

Our Job Serial Number: 2006009293
Ref: Eblen/Sears

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

EX. 1 PP. 4 OF 23

RECEIVED

**CT** CORPORATION
A WoltersKluwer Company

**Service of Process**
**Transmittal**
05/24/2006
Log Number 511185016

MAY 2 6 2006

LAW DEPT.

**TO:**    Michael Keating, Attorney
Emerson Electric Co.
8000 West Florissant Avenue
Saint Louis, MO, 63136

**RE:**    **Process Served in Oregon**

**FOR:**    Emerson Electric Co. (Domestic State: MO)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Leo and Gloria Eblen, and Brian Eblen, by and through his guardiansm Leo and Gloria Eblen, Pltf. vs. Sears, Roebuck and Co., et al including Emerson Electric Co., Dfts. |
| **DOCUMENT(S) SERVED:** | Summons, Complaint |
| **COURT/AGENCY:** | Clackamas County Circuit Court, OR<br>Case # CV06050254 |
| **NATURE OF ACTION:** | Product Liability Litigation - Manufacturing Defect - Breach of Warranty on a Whirlpool washer, control board mfg. by Emerson-DOA: 5/24/04. Seeking $211,291.44 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Salem, OR |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 05/24/2006 at 13:20 |
| **APPEARANCE OR ANSWER DUE:** | 30 Days |
| **ATTORNEY(S) / SENDER(S):** | Timothy L Murphy<br>714 SW 20th Pl<br>Portland, OR, 97205<br>503.422.3307 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex 2 Day, 791493923328<br>Email Notification, Kim Olmstead kim.olmstead@emrsn.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Patricia McGriff<br>CT Corporation System<br>388 State Street, Suite 420<br>Salem, OR, 97301<br>503-566-6883 |

Page 1 of 1 / PM

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves.
Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of the package only, not of its contents.

EX. 1 PP. 5 OF 23

1

2

3                                                          2006 JUN -2 PM 3:59

4

5                                                    DOCKETED_____BY_____

6

7

8

9                    IN THE CIRCUIT COURT OF THE STATE OF OREGON

10                       FOR THE COUNTY OF CLACKAMAS

11   LEO AND GLORIA EBLEN, married individuals, )
     and BRIAN EBLEN, an incapacitated adult, by and )
12   through his guardians, Leo and Gloria Eblen,     )
                                                      )
13                    Plaintiffs,                     )        Case No.  CV 06050254
                                                      )
14           vs.                                      )        SUMMONS
                                                      )
15   SEARS, ROEBUCK AND CO., a foreign business )
     corporation, WHIRLPOOL CORPORATION, a           )
16   foreign business corporation, EMERSON           )
     ELECTRIC CO., a foreign business corporation,   )
17   and EMERSON APPLIANCE CONTROLS, a               )
     foreign business,                                )
18                                                    )
                      Defendants.                     )
19   _____ )

20   TO:    Emerson Electric Co.
            c/o C T Corporation System
21          388 State St., Suite 420
            Salem, OR 97301
22
                IN THE NAME OF THE STATE OF OREGON: You are hereby required to appear and
23   defend the Complaint filed against you in the above-entitled cause within 30 days from the date of
     service of this Summons on you; and if you fail to appear and defend, the Plaintiff will apply to the
24   court for the relief demanded in the Complaint.

25                          NOTICE TO RESPONDENT:
                          READ THESE PAPERS CAREFULLY
26

Page 1 - SUMMONS

                    C:\Documents and Settings\Timothy Murphy\Desktop\Client Files\Eblen, Gloria\Summons - Emerson Electric.wpd

EX. 1  PP. 6  OF 23

                                                    TIMOTHY L. MURPHY
                                                        Attorney at Law
                                                      714 SW 20th Pl.
                                                     Portland, OR 97205
                                         (503) 422-3307 phone  (503) 274-7975 fax

1    You must "appear" in this case or the other side will win automatically. To "appear" you must file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be

2    given to the court clerk or administrator within 30 days along with the required filing fee. It must be in proper form and have proof of service on the Plaintiff's attorney or, if the Plaintiff does not have

3    an attorney, proof of service on the Plaintiff.

4

5    If you have any questions, you should see an attorney immediately. If you need help in finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763

6    or toll-free in Oregon at (800) 452-7636.

7

8    Timothy L. Murphy, OSB #00334
     714 SW 20th Place

9    Portland, OR 97205
     (503) 422-3307 phone

10   (503) 274-7975 fax

11

     STATE OF OREGON        )
12                          ) ss.
     COUNTY OF Multnomah    )

13

     I, the undersigned attorney of record for the plaintiff certify that the foregoing is an exact and

14   complete copy of the original summons in the above entitled action.

15

16

17   Timothy L. Murphy, OSB #00334

18

     TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS:  You are hereby

19   directed to serve a true copy of this summons, together with a true copy of the complaint mentioned therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed,

20   and to make your proof of service on the reverse hereof or upon a separate similar document which you shall attach hereto.

21

22

23   Timothy L. Murphy, OSB #00334

24

25

26

Page 2 - SUMMONS

TIMOTHY L. MURPHY
Attorney at Law
714 SW 20th Pl.
Portland, OR 97205
(503) 422-3307 phone  (503) 274-7975 fax

EX __ PP. 7 OF 23

# AFFIDAVIT OF SERVICE

| | | |
|---|---|---|
| **State of Oregon** | **County of Clackamas** | **Circuit Court** |

Case Number: CV06-05-0254

Plaintiff:
**Leo and Gloria Eblen and Brian Eblen, an incapacitated adult, by
and through his guardians, Leo and Gloria Eblen,**
vs.
Defendant:
**Sears, Roebuck and Co., et al.,**

Received by RUSH PROCESS SERVICE, INC. to be served on **WHIRLPOOL CORPORATION % CT Corporation System, 388 State St., Suite 420, Salem, Oregon 97301.**

I, Chris Pfeiffer, being duly sworn, depose and say that on the **24th day of May, 2006** at **1:20 pm,** I:

Served the within named corporation by delivering a true copy of the **Summons; Complaint** by personal service upon **Denise Whipper, Administrative Assistant** who is authorized to accept service on behalf of the registered agent.

CERTIFICATION OF MAILING: On **May 30, 2006** a true copy of the above listed documents and this Return of Service was mailed by regular U.S. Postal Service mail, first class, postage prepaid, to the address at which service was made.

I am a competent person over 18 years of age and a resident of the State of Oregon; I am not a party to nor an officer, director or employee of, nor attorney for any party. The entity/person served by me is the same entity/person named in the action.

Subscribed and Sworn to before me on the 30th day of May, 2006.

_____
NOTARY PUBLIC

OFFICIAL SEAL
**AMANDA WRIGHT**
NOTARY PUBLIC-OREGON
COMMISSION NO. 379792
MY COMMISSION EXPIRES APR. 18, 2008

_____
**Chris Pfeiffer**
Process Server

**RUSH PROCESS SERVICE, INC.**
2014 N.E. Sandy Blvd., Suite 204
**Portland, OR 97232**
(503) 232-3667

Our Job Serial Number: 2006009291
Ref: Eblen/Sears

Copyright © 1992-2005 Database Services, Inc. - Process Server's Toolbox V5.5j

EX 1 PP. 8 OF 23

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF CLACKAMAS

LEO AND GLORIA EBLEN, married individuals, )
and BRIAN EBLEN, an incapacitated adult, by and )
through his guardians, Leo and Gloria Eblen, )
                                     )
                 Plaintiffs, )       Case No.  CV 06050254
                                       )
            vs.                    )       SUMMONS
                                         )
SEARS, ROEBUCK AND CO., a foreign business )
corporation, WHIRLPOOL CORPORATION, a )
foreign business corporation, EMERSON )
ELECTRIC CO., a foreign business corporation, )
and EMERSON APPLIANCE CONTROLS, a )
foreign business, )
                                     )
                 Defendants. )
_____ )

TO:    Whirlpool Corporation
        c/o C T Corporation System
        388 State St., Suite 420
        Salem, OR 97301

        IN THE NAME OF THE STATE OF OREGON: You are hereby required to appear and
defend the Complaint filed against you in the above-entitled cause within 30 days from the date of
service of this Summons on you; and if you fail to appear and defend, the Plaintiff will apply to the
court for the relief demanded in the Complaint.

NOTICE TO RESPONDENT:
READ THESE PAPERS CAREFULLY

Page 1 - SUMMONS



EX. __1__ PP. __9__ OF __23__

TIMOTHY L. MURPHY
Attorney at Law
714 SW 20th Pl.
Portland, OR 97205
(503) 422-3307 phone  (503) 274-7975 fax

1       You must "appear" in this case or the other side will win automatically. To "appear" you must
file with the court a legal paper called a "motion" or "answer." The "motion" or "answer" must be
2   given to the court clerk or administrator within 30 days along with the required filing fee. It must be
in proper form and have proof of service on the Plaintiff's attorney or, if the Plaintiff does not have
3   an attorney, proof of service on the Plaintiff.

4

5       If you have any questions, you should see an attorney immediately. If you need help in
finding an attorney, you may call the Oregon State Bar's Lawyer Referral Service at (503) 684-3763
6   or toll-free in Oregon at (800) 452-7636.

7

8       Timothy L. Murphy, OSB #00334
9   714 SW 20th Place
Portland, OR 97205
10  (503) 422-3307 phone
(503) 274-7975 fax

11

12  STATE OF OREGON    )
                   ) ss.
COUNTY OF Multnomah    )

13

14      I, the undersigned attorney of record for the plaintiff certify that the foregoing is an exact and
complete copy of the original summons in the above entitled action.

15

16

17      Timothy L. Murphy, OSB #00334

18

19      TO THE OFFICER OR OTHER PERSON SERVING THIS SUMMONS: You are hereby
directed to serve a true copy of this summons, together with a true copy of the complaint mentioned
20  therein, upon the individual(s) or other legal entity(ies) to whom or which this summons is directed,
and to make your proof of service on the reverse hereof or upon a separate similar document which
you shall attach hereto.

21

22

23      Timothy L. Murphy, OSB #00334

24

25

26

Page 2 - SUMMONS

C:\Documents and Settings\Timothy Murphy\Desktop\Client Files\Eblen, Gloria\Summons - Whirlpool.wpd

TIMOTHY L. MURPHY
Attorney at Law
714 SW 20th Pl.
Portland, OR 97205
(503) 422-3307 phone  (503) 274-7975 fax

EX. 1  PP. 10 OF 23

STATE OF OREGON
CLACKAMAS COUNTY COURTS
FILED

06 MAY ~~NOT BEFORE~~ 32

ENTERED MAY 1 0 2006

DOCKETED BY: KAJ

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF CLACKAMAS

LEO AND GLORIA EBLEN, married individuals, )
and BRIAN EBLEN, an incapacitated adult, by and )
through his guardians, Leo and Gloria Eblen, )                Case No. **CV 06 05 0254**
　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　　　　　　Plaintiffs, )                Case No.
　　　　　　　　　　　　　　　　　　　　　 )
　　　　　　vs. )                COMPLAINT
　　　　　　　　　　　　　　　　　　　　　 )                (Products Liability, Negligence,
SEARS, ROEBUCK AND CO., a foreign business )                Breach of Warranty)
corporation, WHIRLPOOL CORPORATION, a )
foreign business corporation, EMERSON )
ELECTRIC CO., a foreign business corporation, )                Claim Not Subject to Mandatory
and EMERSON APPLIANCE CONTROLS, a )                Arbitration
foreign business, )
　　　　　　　　　　　　　　　　　　　　　 )                Claim for More than $50,000
　　　　　　　　　　　Defendants. )
　　　　　　　　　　　　　　　　　　　　　 )                Request for Jury Trial

Come now Plaintiffs who allege as follows:

1.

At all material times herein, Plaintiffs were individuals residing at 34433 SE Brooks Rd.,

Boring OR 97009 in the County of Clackamas.

2.

Plaintiffs Leo and Gloria Eblen are the legal guardians of Brian Eblen, who is an

incapacitated, bedridden adult with cerebal palsy.

Page 1 - COMPLAINT

C:\Documents and Settings\Timothy Murphy\Desktop\Client Files\Eblen, Gloria\Complaint.wpd

TIMOTHY L. MURPHY
Attorney at Law
714 SW 20th Pl.
Portland, OR 97205
(503) 422-3307 phone  (503) 274-7975 fax

EX. 1 PP. 11 OF 23

3.

An Order Approving Guardianship of Plaintiff Brian Eblen to Plaintiffs Leo and Gloria Eblen was issued on January 21, 1999 in Clackamas County Case No. P980959.

4.

At all material times herein, Defendant Sears, Roebuck and Co. ("Defendant Sears") was a foreign business corporation that was doing business in Oregon. Defendant Sears, Roebuck and Co. sold to Plaintiffs and installed for Plaintiffs a clothes washing machine ("washer") that was defective, overflowed on May 10, 2004 and May 24, 2004 and caused extensive water damage to Plaintiff's residence on, about and after those dates.

5.

At all material times herein, Defendant Whirlpool Corporate ("Defendant Whirlpool") was a foreign business corporation that was doing business in Oregon. Defendant Whirlpool Corporate manufactured the washer that was defective, overflowed on May 10, 2004 and May 24, 2004 and caused extensive water damage to Plaintiff's residence on, about and after those dates.

6.

At all material times herein, Defendants Emerson Electric Co. and Emerson Appliance Controls ("Defendants Emerson") were foreign business corporations doing business in Oregon. Defendants Emerson Electric Co. and Emerson Appliance Controls manufactured the temperature control board and overflow monitor that malfunctioned within the washer that was defective, overflowed on May 10, 2004 and May 24, 2004 and caused extensive water damage to Plaintiff's residence on, about and after those dates.

7.

Plaintiffs purchased the washer from Defendant Sears on March 22, 2004. Immediately thereafter, Defendant Sears installed the washer at Plaintiffs' residence.

8.

The washer was manufactured by Defendant Whirlpool.

Page 2 - COMPLAINT

C:\Documents and Settings\Timothy Murphy\Desktop\Client Files\Eblen, Gloria\Complaint.wpd
TIMOTHY L. MURPHY
Attorney at Law
714 SW 20th Pl.
Portland, OR 97205
(503) 422-3307 phone  (503) 274-7975 fax

EX. 1  PP. 12  OF 23

9.

The washer included a temperature control board and overflow monitor that was manufactured by Defendant Emersons.

10.

The washer was manufactured and packaged by Defendant Whirlpool, distributed and sold by Defendant Sears and included a temperature control board and overflow monitor from Defendants Emerson and it was sold to Plaintiffs and was installed in Plaintiffs' residence without substantial change in the washer's condition from when it left each Defendant's control.

11.

Defendant Sears, Defendant Whirlpool and Defendants Emerson each manufactured, in part or in whole, packaged, distributed or sold the washer, are in the business of manufacturing, in part or in whole, packaging, distributing or selling washers and placed the washer on the market with the reasonable expectation that it would be used to launder clothes.

12.

Plaintiff Gloria Eblen used the washer to launder clothes in a normal and foreseeable manner on May 10, 2004 and May 24, 2004. On each of those dates, the washer overflowed and caused extensive water damage to Plaintiffs' residence, as well as resultant mold.

13.

Immediately after each malfunction on May 10, 2004 and May 24, 2004 and repeatedly thereafter, Plaintiffs notified Defendants of the washer malfunction, water damage and mold contamination. Defendants took no actions to repair or remediate the water damage or mold contamination for roughly six months, during which time mold flourished throughout Plaintiffs' residence and water damage became more extensive.

14.

After Plaintiffs notified Defendants of the malfunction on May 10, 2004 and May 24, 2004, Defendants had numerous inspectors and contractors visit Plaintiffs' residence and assess the water damage and mold contamination. Defendants did not authorize any contractor or inspector to repair

Page 3 - COMPLAINT

C:\Documents and Settings\Timothy Murphy\Desktop\Client Files\Eblen, Gloria\Complaint.wpd
TIMOTHY L. MURPHY
Attorney at Law
714 SW 20th Pl.
Portland, OR 97205
(503) 422-3307 phone  (503) 274-7975 fax

EX  1  PP  13 OF 23

1    or remediate the water damage or mold contamination, despite repeatedly representing to Plaintiffs

2    that they would do so and despite each contractor or inspector confirming that extensive water

3    damage and mold contamination existed.

4                                                    15.

5         Plaintiffs were instructed by Defendants and the inspectors and contractors to take numerous

6    measures to mitigate the water damage and mold contamination, including sealing the contaminated

7    area with plastic sheeting and forgoing the use of heat/air conditioning due to mold within the ducts,

8    and Plaintiffs performed each requested mitigation measure.

9                                                    16.

10        The water damage caused extensive damage to walls and flooring in the laundry room,

11   kitchen/dining room, hall, living room and bedroom, as well as to the crawl space, attic, ducts and

12   furnace.   The water damage resulted in extensive home repairs, water damage repairs, mold

13   remediation and relocation of Plaintiffs' to another home for roughly one month while repairs were

14   completed.

15                                                   17.

16        On or about February 18, 2005, Defendant Sears, through its insurer, made an advance

17   payment, as described under ORS 31.550 and 31.565, of $55,694.75 for water damage repairs and

18   mold remediation to Plaintiffs' residence. Defendants did not mail or otherwise give to each or any

19   Plaintiff, within 30 days of the advance payment or ever, written notice of the date of expiration of

20   the period of limitation for the commencement of an action for damages set by any applicable statute

21   of limitations.

22                                                   18.

23        As a result of the water damage, mold flourished throughout Plaintiffs' residence for at least

24   six months. As a result of mold contamination throughout Plaintiffs' residence, Brian Eblen suffered

25   from severe respiratory distress that required and resulted in two separate hospital visits and

26   overnight stays.  The first visit was required to address severe respiratory distress and the second

     visit was required to address medicine/prescription complications from the first visit.

Page 4 - COMPLAINT

C:\Documents and Settings\Timothy Murphy\Desktop\Client Files\Eblen, Gloria\Complaint.wpd

TIMOTHY L. MURPHY
Attorney at Law
714 SW 20th Pl.
Portland, OR 97205
(503) 422-3307 phone  (503) 274-7975 fax

EX. 1  PP 14  OF 23

19.

## First Claim for Relief

## Products Liability

Plaintiffs reallege and incorporate the allegations contained in paragraphs 1 to 18.

20.

The washer, which was manufactured and packaged by Defendant Whirlpool, distributed and sold by Defendant Sears and included a temperature control board and overflow monitor from Defendants Emerson, had manufacturing and design flaws, was defective and failed to conform to the design specifications of Defendants.

21.

As a result of the washer's manufacturing and design flaws, defective condition and failure to conform to the design specifications of Defendants, the product was in defective condition at the time of sale and installation. The condition of the product was defective, unreasonable, dangerous and unfit to launder clothes.

22.

As a direct and proximate result of Defendants providing Plaintiffs with a washer that was defective, unreasonable, dangerous and unfit to launder clothes, Plaintiffs were injured and suffered $200,000 in general damages to their residence or an amount to be proven at trial, less any advance payments from Defendants or their insurers.

23.

As a direct and proximate result of Defendants providing Plaintiffs with a washer that was defective, unreasonable, dangerous and unfit to launder clothes, Plaintiff Brian Eblen was injured and suffered $11,291.44 in medical expenses or an amount to be proven at trial.

24.

As a direct and proximate result of Defendants providing Plaintiffs with a washer that was defective, unreasonable, dangerous and unfit to launder clothes, Plaintiffs suffered physical and emotional damages and injury, including respiratory problems, medicine/prescription complications,

Page 5 - COMPLAINT

C:\Documents and Settings\Timothy Murphy\Desktop\Client Files\Eblen, Gloria\Complaint.wpd

TIMOTHY L. MURPHY
Attorney at Law
714 SW 20th Pl.
Portland, OR 97205
(503) 422-3307 phone  (503) 274-7975 fax

EX. 1  PP. 15 OF 23

1  coughing, sleeplessness, discomfort due to the inability to use the furnace or air conditioning,

2  malaise, emotional distress, inconvenience, anxiety and exhaustion, in an amount equal to $300,000

3  or an amount to be proven at trial.

4  25.

5  **Second Claim for Relief**

6  **Negligence**

7  Plaintiffs reallege and incorporate the allegations contained in paragraphs 1 to 18.

8  26.

9  Defendants owe.a duty, including a duty of reasonable care, to the customers who purchase

10  washers intended for ordinary consumer use and laundering clothes.

11  27.

12  The direct and proximate cause of the injuries to Plaintiff was the negligence of Defendants

13  and Defendants breach of its duty to Plaintiffs in one or more of the following particulars:

14      a)    In failing to properly inspect or test the washer before placing it on the market;

15      b)    In failing to properly manufacture the washer before placing it on the market;

16      c)    In failing to properly design the washer before placing it on the market;

17      d)    In failing to take reasonable precautions to prevent the washer from harming

18      Plaintiffs or Plaintiffs' residence;

19      e)    In failing to properly install Defendant Emersons' temperature control board and

20      overflow monitor in the washer;

21      f)    In failing to immediately repair or remediate water damage to Plaintiffs' residence;

22      g)    By repeatedly representing to Plaintiffs that Defendants would forthwith repair the

23      water damage and remediate the mold contamination without actually doing so.

24  28.

25  As a direct and proximate result of Defendants' negligence and its breach of duty to

26  Plaintiffs, Plaintiffs were injured and suffered $200,000 in general damages to their residence or an

amount to be proven at trial, less any advance payments from Defendants or their insurers.

Page 6 - COMPLAINT

C:\Documents and Settings\Timothy Murphy\Desktop\Client Files\Eblen, Gloria\Complaint.wpd

TIMOTHY L. MURPHY
Attorney at Law
714 SW 20th Pl.
Portland, OR 97205
(503) 422-3307 phone  (503) 274-7975 fax


EX. 1  PP. 16 OF 23

29.

As a direct and proximate result of Defendants' negligence and its breach of duty to Plaintiffs, Plaintiff Brian Eblen was injured and suffered $11,291.44 in medical expenses or an amount to be proven at trial.

30.

As a direct and proximate result of Defendants' negligence and its breach of duty to Plaintiffs, Plaintiffs suffered physical and emotional damages and injury, including respiratory problems, medicine/prescription complications, coughing, sleeplessness, discomfort due to the inability to use the furnace or air conditioning, malaise, emotional distress, inconvenience, anxiety and exhaustion, in an amount equal to $300,000 or an amount to be proven at trial.

31.

**Third Claim for Relief**

**Breach of Warranty**

Plaintiffs reallege and incorporate the allegations contained in paragraphs 1 to 18.

32.

Defendants are merchants of consumer goods and deal in washers, including the washer at issue, and have knowledge and skill with washers.

33.

Defendants are in privity with Plaintiffs, who were intended consumers and who paid valuable consideration for the washer that was manufactured, packaged, distributed and sold by Defendants.

34.

Plaintiffs notified Defendants of their washer malfunction and property damage immediately after discovery of the malfunction and property damage.

///

///

Page 7 - COMPLAINT

C:\Documents and Settings\Timothy Murphy\Desktop\Client Files\Eblen, Gloria\Complaint.wpd

TIMOTHY L. MURPHY
Attorney at Law
714 SW 20th Pl.
Portland, OR 97205
(503) 422-3307 phone  (503) 274-7975 fax

EX. 1   PP. 11 OF 23

35.

As a direct and proximate result of Defendants committing a breach of warranty, Plaintiffs were injured and suffered $200,000 in general damages to their residence or an amount to be proven at trial, less any advance payments from Defendants or their insurers.

36.

As a direct and proximate result of Defendants committing a breach of warranty, Plaintiff Brian Eblen was injured and suffered $11,291.44 in medical expenses or an amount to be proven at trial.

37.

As a direct and proximate result of Defendants committing a breach of warranty, Plaintiffs suffered physical and emotional damages and injury, including respiratory problems, medicine/prescription complications, coughing, sleeplessness, discomfort due to the inability to use the furnace or air conditioning, malaise, emotional distress, inconvenience, anxiety and exhaustion, in an amount equal to $300,000 or an amount to be proven at trial.

38.

Plaintiffs are entitled to their reasonable attorney fees and costs under 15 U.S.C. § 2310(d)(2).

39.

First Cause of Action - Breach of Implied Warranty of Merchantability

Plaintiffs reallege and incorporate the allegations contained in paragraphs 1 to 18 and 32 to 38.

40.

Defendants warranted to Plaintiffs that the washer was of a quality that would pass without objection in the trade, was fit for the ordinary purpose for which the washer was used, which was laundering clothes, and was of merchantable quality.

41.

The washer purchased by Plaintiffs was unfit for its ordinary purpose of laundering clothes and was unmerchantable.

Page 8 - COMPLAINT

C:\Documents and Settings\Timothy Murphy\Desktop\Client Files\Eblen, Gloria\Complaint.wpd

TIMOTHY L. MURPHY
Attorney at Law
714 SW 20th Pl.
Portland, OR 97205
(503) 422-3307 phone  (503) 274-7975 fax

EX. 1 PP. 18 OF 23

42.

Plaintiffs relied on Defendants' warranty and would not have purchased or used the washer had they known it was not of merchantable quality and was unfit for the ordinary use of laundering clothes.

43.

Defendants' breach of the warranty of merchantability was the direct and proximate cause of the extensive water damage to Plaintiffs' residence, as well as resultant mold contamination, which resulted in physical and emotional damages to Plaintiffs and damage to Plaintiffs' residence.

44.

Second Cause of Action - Breach of Implied Warranty of Fitness for a Particular Purpose

Plaintiffs reallege and incorporate the allegations contained in paragraphs 1 to 18 and 32 to 38.

45.

Defendants warranted to Plaintiffs that the washer was fit for the particular purpose of laundering clothes.

46.

The washer manufactured and sold by Defendants to Plaintiffs and installed by Defendant Sears was not fit for laundering clothes.

47.

Plaintiffs relied on Defendants' skill and judgment to furnish a suitable washer for Plaintiffs' particular purpose of laundering clothes.

48.

Defendants, by their position as suppliers of quality consumer goods, had reason to know that Plaintiffs needed a washer fit for the particular purpose of laundering clothes and had reason to know that Plaintiffs would rely on Defendants' skill and judgment to furnish a suitable washer for Plaintiffs particular purpose of laundering clothes.

Page 9 - COMPLAINT

C:\Documents and Settings\Timothy Murphy\Desktop\Client Files\Eblen, Gloria\Complaint.wpd

TIMOTHY L. MURPHY
Attorney at Law
714 SW 20th Pl.
Portland, OR 97205
(503) 422-3307 phone  (503) 274-7975 fax

EX  1   PP. 19 OF 23

49.

Defendants' breach of the warranty of fitness for a particular purpose was the direct and proximate cause of the extensive water damage to Plaintiffs' residence, as well as resultant mold contamination, which resulted in physical and emotional damages to Plaintiffs and damage to Plaintiffs' residence.

50.

### Third Cause of Action - Breach of Express Warranty

Plaintiffs reallege and incorporate the allegations contained in paragraphs 1 to 18 and 32 to 38.

51.

Through explicit factual statements, a description of the washer and information contained within the product manual, Defendants expressly stated to Plaintiffs that the washer would launder clothes effectively and function properly.

52.

Defendants used a model washer to advertise the washer and stated that the washer would conform to the model, which would launder clothes effectively and function properly.

53.

Plaintiff relied on the factual statements, descriptions, information and model described in paragraph 51 and 52 and the factual statements, descriptions, information and model were a basis of the bargain between Plaintiffs and Defendants.

54.

Defendants breached the express warranty by providing a washer that failed to launder clothes effectively and function properly, which is contrary to Defendants' factual statements, descriptions, information and model.

///

///

Page 10 - COMPLAINT

C:\Documents and Settings\Timothy Murphy\Desktop\Client Files\Eblen, Gloria\Complaint.wpd
TIMOTHY L. MURPHY
Attorney at Law
714 SW 20th Pl.
Portland, OR 97205
(503) 422-3307 phone  (503) 274-7975 fax

EX. 1 PP. 20 OF 23

55.

Defendants' breach of the express warranty was the direct and proximate cause of the extensive water damage to Plaintiffs' residence, as well as resultant mold contamination, which resulted in physical and emotional damages to Plaintiffs and damage to Plaintiffs' residence.

WHEREFORE, Plaintiff prays for a judgment as follows:

1.   For Plaintiff's First Claim for Relief for products liability, against Defendants Sears, Whirlpool and Emerson, jointly and severally,

     a.   For general damages, in the amount of $200,000 or an amount to be proven at trial, less any advance payment from Defendants or their insurers;

     b.   For medical expenses, in the amount of $11,291.44 or an amount to be proven at trial; and

     c.   For physical and emotional damages and injury, including respiratory problems, medicine/prescription complications, coughing, sleeplessness, discomfort due to the inability to use the furnace or air conditioning, malaise, emotional distress, inconvenience, anxiety and exhaustion, in an amount equal to $300,000 or an amount to be proven at trial; or

2.   For Plaintiffs' Second Claim for Relief for negligence, against Defendants Sears, Whirlpool and Emerson, jointly and severally,

     a.   For general damages, in the amount of $200,000 or an amount to be proven at trial, less any advance payment from Defendants or their insurers;

     b.   For medical expenses, in the amount of $11,291.44 or an amount to be proven at trial; and

     c.   For physical and emotional damages and injury, including respiratory problems, medicine/prescription complications, coughing, sleeplessness, discomfort due to the inability to use the furnace or air conditioning, malaise, emotional distress, inconvenience, anxiety and exhaustion, in an amount

Page 11 - COMPLAINT

C:\Documents and Settings\Timothy Murphy\Desktop\Client Files\Eblen, Gloria\Complaint.wpd

TIMOTHY L. MURPHY
Attorney at Law
714 SW 20th Pl.
Portland, OR 97205
(503) 422-3307 phone  (503) 274-7975 fax

EX. 1  PP. 21 OF 23

equal to $300,000 or an amount to be proven at trial; or

3.     For Plaintiffs' Third Claim for Relief for breach of warranty, against Defendants Sears, Whirlpool and Emerson, jointly and severally.

      i.     For breach of the implied warranty of merchantability

           a.     For general damages, in the amount of $200,000 or an amount to be proven at trial, less any advance payment from Defendants or their insurers;

           b.     For medical expenses, in the amount of $11,291.44 or an amount to be proven at trial; and

           c.     For physical and emotional damages and injury, including respiratory problems, medicine/prescription complications, coughing, sleeplessness, discomfort due to the inability to use the furnace or air conditioning, malaise, emotional distress, inconvenience, anxiety and exhaustion, in an amount equal to $300,000 or an amount to be proven at trial; and

           d.     For Plaintiffs' reasonable attorney fees and costs; or

      ii.     For breach of the implied warranty of fitness for a particular purpose

           a.     For general damages, in the amount of $200,000 or an amount to be proven at trial, less any advance payment from Defendants or their insurers;

           b.     For medical expenses, in the amount of $11,291.44 or an amount to be proven at trial; and

           c.     For physical and emotional damages and injury, including respiratory problems, medicine/prescription complications, coughing, sleeplessness, discomfort due to the inability to use the furnace or air conditioning, malaise, emotional distress, inconvenience, anxiety and exhaustion, in an amount equal to $300,000 or an amount to be

Page 12 - COMPLAINT

C:\Documents and Settings\Timothy Murphy\Desktop\Client Files\Eblen, Gloria\Complaint.wpd

EX. __ PP. 22 OF 23

TIMOTHY L. MURPHY
Attorney at Law
714 SW 20th Pl.
Portland, OR 97205
(503) 422-3307 phone  (503) 274-7975 fax

1                     proven at trial; and

2           d.     For Plaintiffs' reasonable attorney fees and costs; or

3      ii.     For breach of express warranties

4           a.     For general damages, in the amount of $200,000 or an amount to be

5                     proven at trial,  less any advance payment from Defendants or their

6                     insurers;

7           b.     For medical expenses, in the amount of  $11,291.44 or an amount to

8                     be proven at trial; and

9           c.     For physical and emotional damages and injury, including respiratory

10                     problems,  medicine/prescription  complications,  coughing,

11                     sleeplessness, discomfort due to the inability to use the furnace or air

12                     conditioning, malaise, emotional distress, inconvenience, anxiety and

13                     exhaustion, in an amount equal to $300,000 or an amount to be

14                     proven at trial; and

15           d.     For Plaintiffs' reasonable attorney fees and costs; and

16   3.     For Plaintiff's costs and disbursements incurred herein; and

17   4.     Any other relief the Court deems just and proper.

18

19   DATED this Wednesday, May 10, 2006.

20

21

22                             Timothy Murphy, OSB No. 00334
                                  Attorney for Plaintiffs

23

24      I hereby certify that the above Complaint is a true copy of the original filed/submitted by

25 mailing with the Court.

26                              _____

                                Timothy L. Murphy, OSB No. 00334
                                Attorney for Plaintiffs

Page 13 - COMPLAINT

TIMOTHY L. MURPHY
Attorney at Law
714 SW 20th Pl.
Portland, OR 97205
(503) 422-3307 phone  (503) 274-7975 fax

EX. _1_ PP. 23 OF 23

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **NOTICE OF REMOVAL** was served upon:

Timothy L. Murphy
Attorney at Law
714 SW 20th Place
Portland, OR  97205
Attorney for Plaintiffs

Heidi L. Mandt
Schwabe Williamson & Wyatt PC
1211 SW Fifth Avenue, Suite 1900
Portland, OR  97204
Attorney for Defendant Sears, Roebuck and Co.

by causing the service copy to be mailed, via First Class Mail, postage prepaid, addressed to the

attorneys' last known addresses, indicated above.

DATED this _21_ day of June, 2006.

BALL JANIK LLP

_Annie LaHaie_
Annie LaHaie, Legal Assistant