Kevin S. Mapes
OSB #02007
kmapes@balljanik.com
Ball Janik LLP
101 SW Main Street, Suite 1100
Portland, Oregon 97204
503-228-2525 (phone)
503-295-1058 (fax)

FILED'06 JUN 21 09:29USDC-ORP

Attorneys for Defendants Whirlpool Corporation,
Emerson Electric Co., and Emerson Appliance
Controls

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| LEO AND GLORIA EBLEN, married individuals, and BRIAN EBLEN, an incapacitated adult, by and through his guardians, Leo and Gloria Eblen,<br><br>                Plaintiffs,<br><br>        v.<br><br>SEARS, ROEBUCK AND CO., a foreign business corporation, WHIRLPOOL CORPORATION, a foreign business corporation, EMERSON ELECTRIC CO., a foreign business corporation, and EMERSON APPLIANCE CONTROLS, a foreign business,<br><br>                Defendants. | CV '06 · 868 HA<br><br>(Formerly Clackamas County No. CV 06050254)<br><br>**DISCLOSURE OF CORPORATE INTERESTS OF EMERSON APPLIANCE CONTROLS** |

Pursuant to Federal Rule of Civil Procedure 7.1, the following corporate interests of

defendant Emerson Appliance Controls are disclosed:

1.      The parent company of Emerson Appliance Controls is:

Emerson Appliance Controls is a division of defendant Emerson Electric Co.

2.      Publicly traded subsidiaries not wholly owned by the corporation:

N/A.

EMERSON APPLIANCE CONTROLS RULE 7.1 DISCLOSURE                              Page 1

3.      Any publicly held company that owns ten percent (10 %) or more of the

corporation:

<u>N/A</u>.

DATED this _20_ day of June, 2006.


                                    BALL JANIK LLP


                                    By _____
                                        Kevin S. Mapes
                                        OSB # 02007
                                        (503) 228-2525

                                        **Attorneys for Defendants Whirlpool
                                        Corporation, Emerson Electric Co.,
                                        and Emerson Appliance Controls**

# CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DISCLOSURE OF CORPORATE INTERESTS OF EMERSON APPLIANCE CONTROLS** was served upon:

> Timothy L. Murphy
> Attorney at Law
> 714 SW 20th Place
> Portland, OR  97205
> Attorney for Plaintiffs

> Heidi L. Mandt
> Schwabe Williamson & Wyatt PC
> 1211 SW Fifth Avenue, Suite 1900
> Portland, OR  97204
> Attorney for Defendant Sears, Roebuck and Co.

by causing the service copy to be mailed, via First Class Mail, postage prepaid, addressed to the attorneys' last known addresses, indicated above.

DATED this 21 day of June, 2006.

BALL JANIK LLP

*Annie LaHaie*

Annie LaHaie, Legal Assistant

CERTIFICATE OF SERVICE                                          Page 1