UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

LEO AND GLORIA EBLEN, married
individuals, and BRIAN EBLEN, an
incapacitated adult, by and through his
guardians, Leo and Gloria Eblen,

       Plaintiffs,

                              Civil No. 06-868-HA

   v.

                              JUDGMENT OF DISMISSAL

SEARS, ROEBUCK AND CO., a foreign
business corporation, WHIRLPOOL
CORPORATION, a foreign business
corporation, EMERSON ELECTRIC CO.,
a foreign business corporation, and EMERSON
APPLIANCE CONTROLS, a foreign business,

       Defendants.

       Based on the Stipulated Dismissal,

       IT IS HEREBY ORDERED AND ADJUDGED that this action is DISMISSED,

with prejudice, and without fees or costs to any party.

       DATED this   4   day of May, 2007.

                                                /s/ ANCER L. HAGGERTY
                                           ANCER L. HAGGERTY
                                   UNITED STATES DISTRICT JUDGE